UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKLYN M. LIED,

                              Plaintiff,

                    -against-

WALDEN SECURITY,

                              Defendant.

25cv10831 (LTS)

CIVIL JUDGMENT

     For the reasons stated in the February 20, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   March 3, 2026
         New York, New York

               /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
          Chief United States District Judge